IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02710-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

ERIC BALLARD,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Eric Ballard filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on February 25, 2014 (ECF No. 17), it is

ORDERED that Defendant Eric Ballard and this action are **DISMISSED WITH PREJUDICE**.

Dated: February 26, 2013

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge